UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:99-cr-00161-HDM-RAM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| DARRYL WILLIAMS, | |
| Defendant. | |

The defendant Darryl Williams has filed a 43-page motion for compassionate release (ECF No. 68) and a motion for leave to file the oversized brief (ECF No. 67). Good cause appearing, the motion for leave to file oversized sentence reduction motion (ECF No. 67) is GRANTED.

The defendant has also filed a motion for leave to file Exhibit C, which contains the defendant's medical records, under seal (ECF No. 69). The motion is GRANTED subject to further review and determination by the court of whether it is appropriate to maintain the exhibit under seal indefinitely.

Finally, the parties' stipulation for extension of time (ECF No. 72) is GRANTED. The government shall file a response to the defendant's motion for compassionate release on or before April 10, 2023.

IT IS SO ORDERED.

DATED: This 28th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE