RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
WENDI L. OVERMYER
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
wendi_overmyer@fd.org
Attorney for Darryl Anthony Williams

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Darryl Anthony Williams,<br><br>        Defendant. | Case No. 3:99-cr-00161-HDM-RAM<br><br>**Stipulation to Extend Time for Mr. Williams's Reply to Government's Response to Defendant's Motion for Sentence Reduction**<br><u>(First Request)</u> |

IT IS HEREBY STIPULATED AND AGREED, between Assistant Federal Public Defender Wendi L. Overmyer, counsel for Darryl Williams, and Assistant United States Attorney Peter H. Walkingshaw, counsel for the United States of America; that Mr. Williams's reply to the Government's Response (ECF No. 74) to Mr. Williams's Motion for Sentence Reduction (ECF No. 68) be extended to and including April 24, 2023.

This stipulation is entered into for the following reasons:

1. Mr. Williams filed his motion for sentence reduction on March 27, 2023. ECF No. 68.

1

2. The government received a one-week extension for its response, which was filed on April 10, 2023. ECF No. 74. Mr. Williams's reply is currently due April 17, 2023.

3. The motion presents a complex factual record, including several hundred pages of medical records, prison disciplinary records, case-related material, and two expert reports. It also presents several legal issues, including an analysis of non-retroactive changes in sentencing law in the period since Mr. Williams was sentenced.

4. Undersigned counsel for Mr. Williams requires additional time to speak confidentially with Mr. Williams through a legal phone call arranged by the Bureau of Prisons. Mr. Williams's counsel estimates an additional seven days is necessary to and including April 24, 2023, to review the government's response with Mr. Williams and prepare the reply.

5. Undersigned counsel has been diligent in providing accurate, updated information for this Court, and does not seek this extension for purposes of delay.

6. Government counsel consents to this extension of time.

This is Mr. Williams's first request for an extension of time to file his reply in this matter.

DATED this 14th day of April, 2023.

| RENE L. VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |

By: *s/ Wendi L. Overmyer*      By: *s/ Peter H. Walkingshaw*
    WENDI L. OVERMYER         PETER H. WALKINGSHAW
    Assistant Federal Public Defender    Assistant United States Attorney
    *Counsel for Darryl Williams*        *Counsel for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Darryl Anthony Williams,<br><br>　　　　Defendant. | Case No. 3:99-cr-00161-HDM-RAM<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that Mr. Williams's Reply to Government's Response to Defendant's Motion for Sentence Reduction currently due on Monday, April 17, 2023, be vacated and continued Monday, April 24, 2023.

　　　DATED this 17th day of April, 2023.

　　　　　　　　　　　　　　　　　　　*Howard D. McKibben*
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE